# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARAMJIT DHALIWAL, , | ) | Case No. 1:17-cv-01185-LJO-SAB |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER AMENDING SCHEDULING ORDER |
| OHIO SECURITY INSURANCE COMPANY, , | ) ) | (ECF No. 15) |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The deadline for the parties to complete non-expert discovery is extended to September 28, 2018, and

2. The deadline to make expert disclosures is extended to October 5, 2018.

IT IS SO ORDERED.

Dated: __**August 8, 2018**__

UNITED STATES MAGISTRATE JUDGE

-1-