# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT DHALIWAL,<br><br>  Plaintiff,<br><br>  v.<br><br>OHIO SECURITY INSURANCE CO.,<br><br>  Defendant. | Case No. 1:17-cv-01185-LJO-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 21) |

On October 18, 2018, a notice of settlement was filed and the parties were ordered to file dispositive documents within thirty days of October 19, 2018. (ECF Nos. 19, 20.) On November 19, 2018, Plaintiff filed a notice regarding the status of the settlement and requested an extension of time to file dispositive documents. The Court finds that good cause exists to grant the request.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive documents on or before November 26, 2018.

IT IS SO ORDERED.

Dated: **November 20, 2018**

UNITED STATES MAGISTRATE JUDGE

1